UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,

      Plaintiff,                               Case No. 6:13-cv-587-ORL-37GJK

v.

CREE, INC.,

      Defendant.
_____/

## JOINT MOTION FOR THE FOLLOWING RELIEF:

### (1) FOR AN EXTENSION OF TIME TO HOLD THE CASE MANAGEMENT CONFERENCE, AND (2) FOR LEAVE FOR THE PARTIES' OUT OF STATE COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONEAND MEMORANDUM OF LAW IN SUPPORT

    Plaintiff Lighting Science Group Corp. ("LSG") and Defendant Cree, Inc. ("Cree") hereby jointly move the Court to enter an Order granting the following relief: (1) extending the time in which the parties may hold the Case Management Conference, and (2) permitting the parties' out of state counsel to attend the Case Management Conference by telephone rather than in person.  In support of this Motion, the parties jointly state as follows:

    1.     On April 10, 2013, LSG filed this action, which was served on Cree on April 12, 2013.  This action has been designated as a Track Two case in accordance with Local Rule 3.05.

    2.     LSG is represented in this action both by Ava K. Doppelt of the Orlando law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., as well as by Andrew C. Ryan of the Hartford, Connecticut office of Cantor Colburn LLP.  Cree is represented in this action both by Daniel C. Johnson of the Orlando law firm of Carlton Fields, P.A. as well as Jane Y. Huang,

Cynthia D. Vreeland, Peter M. Dichiara, and William F. Lee of the Boston, Massachusetts and Palo Alto, California offices of Wilmer Cutler Pickering Hale and Door, LLP.

3. Pursuant to Local Rule 3.05, the parties are required to conduct a Case Management Conference in this case by June 11, 2013. On June 3, 2013, counsel conferred for the purpose of scheduling the Case Management Conference. Counsel for Cree is unable to schedule the Case Management Conference before June 20, 2013 due to scheduling conflicts resulting from a jury trial scheduled for the week of June 10, 2013. Accordingly, the parties respectfully request that they be permitted to hold the Case Management Conference on June 20, 2013.[1]

4. Further, the parties' respective Florida counsel will attend the Case Management Conference in person. For reasons of expense and convenience, LSG's Connecticut counsel and Cree's Massachusetts and California counsel desire to participate in the Case Management Conference by telephone.

5. The parties respectfully submit that allowing their out-of-state counsel to participate in the Case Management Conference by telephone will not inconvenience nor prejudice any party, nor will it materially affect the conduct of the Conference.

6. This motion is timely made pursuant to Fed.R.Civ.P. 6 and not for any purpose of delay.

WHEREFORE, LSG and Cree respectfully request that the Court enter an Order (1) extending the time in which the parties may hold the Case Management Conference To June 20, 2013, (2) permitting out of state counsel to attend the Case Management Conference by

---

[1] The parties do not seek a corresponding extension of time to submit a Case Management Report. The parties will submit a Case Management Report by no later than June 25, 2013, which is the current deadline under Local Rule 3.05.

2

telephone rather than in person, and (3) permitting the parties to submit a slightly modified Case Management Report form to include certain events unique to patent litigation.

Respectfully submitted this 6th day of June 2013.

| | |
|---|---|
| By: /s/Andrew C. Ryan<br>Andrew C. Ryan (*pro hac vice*)<br>Cantor Colburn, LLP<br>22nd Floor<br>20 Church St<br>Hartford, CT 06103<br>860/286-2929<br>Fax: 860/286-2929<br>Email: aryan@cantorcolburn.com<br><br>Ava K. Doppelt<br>Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA<br>255 S Orange Ave - Ste 1401<br>PO Box 3791<br>Orlando, FL 32802-3791<br>407-841-2330<br>Fax: 407-841-2343<br>Email: adoppelt@addmg.com<br><br>**ATTORNEYS FOR PLAINTIFF LIGHTING SCIENCE GROUP CORPORATION** | By:/s/ Daniel C. Johnson<br>Daniel C. Johnson<br>Trial Counsel<br>Florida Bar No. 522880<br>CARLTON FIELDS, P.A.<br>CNL Center at City Commons<br>450 S. Orange Avenue, Suite 500<br>Orlando, FL 32801-3336<br>Telephone:    407.849.0300<br>Facsimile:    407.648.9099<br>djohnson@carltonfields.com<br><br>William F. Lee (MA SBN 291960)<br>Trial Counsel<br>(admitted pro hac vice)<br>Cynthia D. Vreeland (MA SBN 635143)<br>Trial Counsel<br>(admitted pro hac vice)<br>Peter M. Dichiara (MA SBN 564244)<br>Trial Counsel<br>(admitted pro hac vice)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: 617-526-6148<br>Facsimile:  617-526-5000<br>william.lee@wilmerhale.com<br>cynthia.vreeland@wilmerhale.com<br>peter.dichiara@wilmerhale.com<br><br>Jane Y. Huang (CA SBN 267754)<br>Trial Counsel<br>(admitted pro hac vice)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: 650-858-6107<br>Facsimile:  650-858-6100<br>jane.huang@wilmerhale.com<br><br>**ATTORNEYS FOR CREE, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                        /s/ Andrew C. Ryan
                        Attorney