UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 6:13-cv-00587-RBD-GJK |
| CREE, INC., | ) ) ) |
| Defendant. | ) ) ) |

**CREE, INC.'S NOTICE OF INTENT TO RELY ON PREVIOUSLY FILED ANSWER, DEFENSES AND COUNTERCLAIMS**

Defendant, Cree, Inc. ("Cree"), through its undersigned counsel, hereby serves this notice ("Notice") with respect to the Court's Order (Doc. No. 37) denying Cree's Motion to Dismiss (Doc. No. 31).

1. On July 1, 2013, Cree filed a Motion to Dismiss (Doc. No. 31). On July 1, 2013, Cree also filed its Answer, Affirmative Defenses and Counterclaims ("Answer") (Doc. No. 32).

2. On July 22, 2013, in Doc. No. 37, the Court denied Cree's Motion to Dismiss.

3. Fed.R.Civ.P. 12 contemplates that a party will file an answer after a motion to dismiss has been denied.

4. Inasmuch as Cree has already filed its Answer, and to avoid any confusion, Cree hereby gives notice that it intends to rely on its previously filed Answer which contains

its answer, affirmative defenses and counterclaims.  Cree also understands that, inasmuch as Plaintiff has responded to Cree's counterclaims contained in Cree's Answer, that Plaintiff is not required to file any further pleadings to respond to this Notice.

Dated:   August 5, 2013

/s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:    407.849.0300
Facsimile:     407.648.9099
djohnson@carltonfields.com

William F. Lee (MA SBN 291960)
Trial Counsel
(admitted *pro hac vice*)
Cynthia D. Vreeland (MA SBN 635143)
Trial Counsel
(admitted *pro hac vice*)
Peter M. Dichiara (MA SBN 564244)
Trial Counsel
(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6148
Facsimile:  617-526-5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
peter.dichiara@wilmerhale.com

        Jane Y. Huang (CA SBN 267754)
        Trial Counsel
        (admitted *pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        950 Page Mill Road
        Palo Alto, California 94304
        Telephone: 650-858-6107
        Facsimile:  650-858-6100
        jane.huang@wilmerhale.com

        Attorneys for Cree, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Daniel C. Johnson
        Attorney