UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,

    Plaintiff,                                 Case No. 6:13-cv-587-RBD-GJK

v.

CREE, INC.,

    Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF TIME FOR DISCLOSURES OF INFRINGEMENT AND NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff Lighting Science Group Corp. ("LSG") and Defendant Cree, Inc. ("Cree") hereby jointly move the Court for an extension of time for the parties to exchange infringement contentions and non-infringement and invalidity contentions until September 13, 2013 and October 28, 2013, respectively. By this motion, the parties do not seek extension of any subsequent dates in the Case Management and Scheduling Order. In support of this Motion, the parties jointly state as follows:

1.    The parties are currently engaged in settlement negotiations.

2.    In an effort to save the parties from potentially unnecessary litigation costs while the settlement negotiations proceed, the parties previously agreed to mutually extend the dates for exchange of plaintiff's infringement contentions and defendant's non-infringement and invalidity contentions.

3.    Under the Case Management and Scheduling Order [Dkt. 30], plaintiff's infringement contentions were due to be served (but not filed) on August 19, 2013, and

defendant's non-infringement and invalidity contentions are due to be served (but not filed) on October 2, 2013.

4. By this motion, the parties jointly request that the due date for plaintiff's infringement contentions be set for September 13, 2013, and the due date for defendant's non-infringement and invalidity contentions be set for October 28, 2013.

5. The parties respectfully submit that good cause exist for this request because it will potentially save the parties unnecessary litigation costs in the event the case settles. Further, this request will not delay or otherwise hinder the progress of this case in the event it does not settle because the parties do not seek to extend any due dates beyond the exchange of contentions.

WHEREFORE, the parties respectfully request that this Court extend the time for plaintiff to serve its infringement contentions until September 13, 2013, and for defendant to serve its non-infringement and invalidity contentions until October 28, 2013.

Respectfully submitted this 5th day of September 2013.

By: /s/Andrew C. Ryan
Andrew C. Ryan (*pro hac vice*)
Cantor Colburn, LLP
22nd Floor
20 Church St
Hartford, CT 06103
860/286-2929
Fax: 860/286-2929
Email: aryan@cantorcolburn.com

Ava K. Doppelt
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32802-3791
407-841-2330
Fax: 407-841-2343
Email: adoppelt@addmg.com

**ATTORNEYS FOR PLAINTIFF LIGHTING SCIENCE GROUP CORPORATION**

By:/s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:     407.849.0300
Facsimile:      407.648.9099
djohnson@carltonfields.com

William F. Lee (MA SBN 291960)
Trial Counsel
(admitted pro hac vice)
Cynthia D. Vreeland (MA SBN 635143)
Trial Counsel
(admitted pro hac vice)
Peter M. Dichiara (MA SBN 564244)
Trial Counsel
(admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6148
Facsimile:  617-526-5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
peter.dichiara@wilmerhale.com

Jane Y. Huang (CA SBN 267754)
Trial Counsel
(admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: 650-858-6107
Facsimile:  650-858-6100
jane.huang@wilmerhale.com

**ATTORNEYS FOR CREE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5th, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Andrew C. Ryan
Attorney