UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 6:13-cv-00587-RBD-GJK |
| CREE, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## JOINT MOTION TO EXTEND CERTAIN DEADLINES RELATED TO CLAIM CONSTRUCTION ISSUES AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Lighting Science Group and Defendant, Cree, Inc., through their respective undersigned counsel, hereby file this Joint Motion to modify certain of the claim construction deadlines in this case. As grounds for this Motion, the parties state:

1.     This Motion relates to certain deadlines related to claim construction issues. The parties do not seek to change the date of the claim construction hearing or the briefing preceding the claim construction hearing.  Rather, they seek certain limited extensions of deadlines prior to the claim construction briefing.  The parties do not believe that their requested extensions will adversely impact the Court's preparation for the claim construction hearing because the parties do not seek to modify the claim construction briefing schedule and briefing will be completed nearly a month before the claim construction hearing.

2.     The parties seek this relief because they continue to attempt to settle the disputes raised in this case.  The parties have engaged in substantial settlement discussions and have made significant progress.  However, settlement involves complicated issues that take time to work through.  The parties desire the extensions below to allow them time to continue their settlement discussions while, at the same time, not incurring legal costs which could both be avoided if the parties settle.

3.     As part of the requested extensions, the Court will note that the parties suggest that the Technology Tutorial Conference currently tentatively scheduled for January 24, 2014 be consolidated with the Claim Construction Hearing.  The parties suggest this is appropriate in this case because this case does not present complicated technology.  Defendant's accused product is a light fixture.  Thus, it is entirely possible that the Court will not order, nor will the parties request, a Technology Tutorial Conference.

4.     Based upon the foregoing, the parties request that certain deadlines be modified as set forth below:

| Item | Current Deadline | Proposed New Deadline |
|------|------------------|-----------------------|
| Disclosure of Non-Infringement and Invalidity Contentions | October 28, 2013 | December 20, 2013 |
| Initial Identification of Disputed Claim Terms | November 1, 2013 | January 3, 2014 |
| Proposed Claim Term Constructions | December 4, 2013 | January 17, 2014 |
| Joint Claim Construction Statement | December 18, 2013 | January 31, 2014 |

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Technology Tutorial Conference (if requested by the parties or ordered by the Court) | January 24, 2014 | Consolidated with Claim Construction Hearing on April 10, 2014 |

5.     In accordance with Fed. R. Civ. P. 6, this Motion is timely made.  The Motion is not made for any purpose of delay but the reasons set forth above.

WHEREFORE, the parties jointly request the Court modify certain deadlines as provided in this Motion and grant the parties such other and further relief as the Court deems proper.

By: /s/Andrew C. Ryan
Andrew C. Ryan (*pro hac vice*)
Cantor Colburn, LLP
22nd Floor
20 Church St
Hartford, CT 06103
860/286-2929
Fax: 860/286-2929
Email: aryan@cantorcolburn.com

Ava K. Doppelt
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32802-3791
407-841-2330
Fax: 407-841-2343
Email: adoppelt@addmg.com

ATTORNEYS FOR PLAINTIFF
LIGHTING SCIENCE GROUP
CORPORATION

By:  /s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
 Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:     407.849.0300
Facsimile:     407.648.9099
djohnson@carltonfields.com

William F. Lee (MA SBN 291960)
Trial Counsel
(admitted *pro hac vice*)
Cynthia D. Vreeland (MA SBN 635143)
Trial Counsel
(admitted *pro hac vice*)
Peter M. Dichiara (MA SBN 564244)
Trial Counsel
(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street

Boston, Massachusetts 02109
Telephone: 617-526-6148
Facsimile:  617-526-5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
peter.dichiara@wilmerhale.com

Jane Y. Huang (CA SBN 267754)
Trial Counsel
(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: 650-858-6107
Facsimile:  650-858-6100
jane.huang@wilmerhale.com

ATTORNEYS FOR DEFENDANT
CREE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Daniel C. Johnson
Attorney