UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 6:13-cv-00587-RBD-GJK |
| CREE, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |

**AMENDED JOINT MOTION TO EXTEND CERTAIN DEADLINES RELATED TO CLAIM CONSTRUCTION ISSUES AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Lighting Science Group and Defendant, Cree, Inc., through their respective undersigned counsel, hereby file this Amended Joint Motion to modify certain of the claim construction deadlines in this case. As grounds for this Amended Motion, the parties state:

1. The parties previously filed their Joint Motion to Extend Certain Deadlines Related to Claim Construction Issues and Incorporated Memorandum of Law (Doc. No. 41) ("Original Motion").

2. The Original Motion suggested that the Technology Tutorial Conference be consolidated with the claim construction hearing.

3. To the extent the Court is disinclined to grant the Original Motion because it sought to move the date of the Technology Tutorial Conference, the parties file this

28338847.1

Amended Motion which, while seeking to extend certain deadlines, does not seek to move the Technology Tutorial Conference.

4. Thus this Motion relates to certain deadlines related to claim construction issues. The parties do not seek to change the date of the Technology Tutorial Conference, claim construction hearing or the briefing preceding the claim construction hearing. Rather, they seek certain limited extensions of deadlines prior to the claim construction briefing. The parties do not believe that their requested extensions will adversely impact the Court's preparation for the claim construction hearing because the parties do not seek to modify the claim construction briefing schedule and briefing will be completed nearly a month before the claim construction hearing.

5. The parties seek this relief because they continue to attempt to settle the disputes raised in this case. The parties have engaged in substantial settlement discussions and have made significant progress. However, settlement involves complicated issues that take time to work through. The parties desire the extensions below to allow them time to continue their settlement discussions while, at the same time, not incurring very substantial legal costs which could both be avoided if the parties settle.

6. Based upon the foregoing, the parties request that certain deadlines be modified as set forth below:

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Non-Infringement and Invalidity Contentions | October 28, 2013 | December 20, 2013 |

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Initial Identification of Disputed Claim Terms | November 1, 2013 | January 3, 2014 |
| Proposed Claim Term Constructions | December 4, 2013 | January 17, 2014 |
| Joint Claim Construction Statement | December 18, 2013 | January 31, 2014 |
| Technology Tutorial Conference (if requested by the parties or ordered by the Court) | January 24, 2014 | Unchanged |

7. In accordance with Fed. R. Civ. P. 6, this Motion is timely made. The Motion is not made for any purpose of delay but the reasons set forth above.

WHEREFORE, the parties jointly request the Court modify certain deadlines as provided in this Amended Motion and grant the parties such other and further relief as the Court deems proper.

By: /s/Andrew C. Ryan
Andrew C. Ryan (*pro hac vice*)
Cantor Colburn, LLP
22nd Floor
20 Church St
Hartford, CT 06103
860/286-2929
Fax: 860/286-2929
Email: aryan@cantorcolburn.com

Ava K. Doppelt
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, PA
255 S Orange Ave - Ste 1401

By: /s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:   407.849.0300
Facsimile:   407.648.9099
djohnson@carltonfields.com

William F. Lee (MA SBN 291960)
Trial Counsel

| | |
|---|---|
| PO Box 3791<br>Orlando, FL 32802-3791<br>407-841-2330<br>Fax: 407-841-2343<br>Email: adoppelt@addmg.com<br><br>ATTORNEYS FOR PLAINTIFF<br>LIGHTING SCIENCE GROUP<br>CORPORATION | (admitted *pro hac vice*)<br>Cynthia D. Vreeland (MA SBN 635143)<br>Trial Counsel<br>(admitted *pro hac vice*)<br>Peter M. Dichiara (MA SBN 564244)<br>Trial Counsel<br>(admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: 617-526-6148<br>Facsimile: 617-526-5000<br>william.lee@wilmerhale.com<br>cynthia.vreeland@wilmerhale.com<br>peter.dichiara@wilmerhale.com<br><br>Jane Y. Huang (CA SBN 267754)<br>Trial Counsel<br>(admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: 650-858-6107<br>Facsimile: 650-858-6100<br>jane.huang@wilmerhale.com<br><br>ATTORNEYS FOR DEFENDANT<br>CREE, INC. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Daniel C. Johnson
Attorney