# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIGHTING SCIENCE GROUP CORPORATION,**

       **Plaintiff,**

**v.**                                 **Case No:  6:13-cv-587-Orl-37GJK**

**CREE, INC.,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO EXTEND CERTAIN DEADLINES RELATED TO CLAIM CONSTRUCTION ISSUES (Doc. No. 41)** |
| **FILED:** | October 18, 2013 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **AMENDED JOINT MOTION TO EXTEND CERTAIN DEADLINES RELATED TO CLAIM CONSTRUCTION ISSUES (Doc. No. 42)** |
| **FILED:** | October 23, 2013 |

**THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**.

On July 1, 2013, the Court entered a Case Management and Scheduling Order, in which it set the following relevant deadlines: 1) October 2, 2013, for the Disclosure of Non-Infringement and Invalidity Contentions; 2) November 1, 2013, for the Initial Identification of Disputed Claim Terms; 3) December 4, 2013, for the Proposed Claim Term Constructions; 4) December 18, 2013, for the Joint Claim Construction Statement; and 5) January 24, 2014, for the Technology Tutorial Conference.  Doc. No. 30 at 3-6.  On September 6, 2013, the Court entered an order extending the deadline for the Disclosure of Non-Infringement and Invalidity Contentions until October 28, 2013.  Doc. No. 40.

On October 18, 2013, the parties filed a Joint Motion to Extend Certain Deadlines Related to Claim Construction Issues (the "Motion"), in which the parties request an extension of all the above deadlines.  Doc. No. 41.  In it, the parties represent that they seek extensions of all the above deadlines "because they continue to attempt to settle the disputes raised in this case," and "have made significant progress" in their effort to settle.  Doc. No. 41 at 2.  As a result, the parties request that the Court grant the following extensions of time: 1) December 20, 2013, for the Disclosure of Non-Infringement and Invalidity Contentions; 2) January 3, 2014, for the Initial Identification of Disputed Claim Terms; 3) January 17, 2014, for the Proposed Claim Term Constructions; 4) January 31, 2014, for the Joint Claim Construction Statement; and 5) consolidate the Technology Tutorial Conference with the Claim Construction Hearing to be held on April 10, 2014 (Doc. No. 30 at 7).  Doc. No. 41 at 2-3.  On October 23, 2013, the parties filed an Amended Joint Motion to Extend Certain Deadlines Related to Claim Construction Issues (the "Amended Motion"), in which they again request that all of the above deadlines be extended with the exception of the Technology Tutorial Conference.  Doc. No. 42.  The Court finds the Motion (Doc. No. 41) is supported by good cause, and is well-taken.

- 3 -

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. No. 41) is **GRANTED**;

2. The Disclosure of Non-Infringement and Invalidity Contentions is due on or before December 20, 2013;

3. The Initial Identification of Disputed Claim Terms is due on or before January 3, 2014;

4. The Proposed Claim Term Constructions is due on or before January 17, 2014;

5. The Joint Claim Construction Statement is due on or before January 31, 2014;

6. The Technology Tutorial Conference, if any, will be consolidated with the Claim Construction Hearing, which is set to be held on April 10, 2014 (Doc. No. 30 at 7); and

7. The Amended Motion (Doc. No. 42) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2013.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties