**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LIGHTING SCIENCE GROUP
CORPORATION,

    Plaintiff,    Case No. 6:13-cv-587-RBD-GJK

v.

CREE, INC.,

    Defendant.
_____ /

**JOINT CLAIM CONSTRUCTION STATEMENT**

    The parties submit this Joint Claim Construction Statement pursuant to the Court's Case Management and Scheduling Order of July 1, 2013 [Dkt. 30] and Order of October 24, 2013 [Dkt. 43]. The parties' agreed claim term constructions and the parties' respective proposed constructions of disputed claim terms, intrinsic and extrinsic evidence relied upon, and the relevance of the construction of each claim term for summary judgment are set forth below.

    Additionally, the parties have agreed not to put forth any witnesses in support of their proposed claim constructions.

I. **AGREED CLAIM TERM CONSTRUCTIONS**

Upon their conference, the parties have agreed on the construction of the following claim terms.

| Claim Term | Parties' Agreed Construction |
|---|---|
| **heat spreader** (claims 1 & 20) | a component that transfers heat to another component (such as a heat sink) |
| **heat sink** (claims 1 & 20) | a component that absorbs and dissipates unwanted heat |
| **[the heat sink] being disposed around and coupled to an outer periphery of the heat spreader** (claim 1) | the heat sink is positioned around the heat spreader, and is joined to, connected to, or formed together with an outer edge of the heat spreader |
| **power conditioner** (claims 15 & 21) | electrical circuitry that conditions power for use by the LEDs |
| **wherein the heat spreader, the heat sink and the outer optic, in combination, have an overall height H and an overall outside dimension D such that the ratio of H/D is equal to or less than 0.25** (claim 1) | the heat spreader, the heat sink and the outer optic, when measured together and taken as a whole, have a total height H and a total outside dimension D such that a ratio of H/D of the outermost surfaces is equal to or less than 0.25 |
| **the heat spreader, the heat sink and the outer optic define a combination having an overall height H and an overall outside dimension D such that the ratio of H/D is equal to or less than 0.25** (claim 20) | the heat spreader, the heat sink and the outer optic, when measured together and taken as a whole, have a total height H and a total outside dimension D such that a ratio of H/D of the outermost surfaces is equal to or less than 0.25 |
| **thermally coupled** (claims 1 & 20) | two things joined or connected together in a way that allows heat transfer |
| **disposed in thermal communication with** (claims 1 & 20) | positioned to allow heat transfer with |
| **a plurality of light emitting diodes (LEDs)** (claims 1 & 20) | multiple light emitting diodes (LEDs) |

|  |  |
|---|---|
| **a power conditioner disposed in electrical communication with the light source** (claim 20) | electrical circuitry that conditions power for use by the LEDs and that is positioned to allow transfer of electricity with the light source |
| **[the heat sink] disposed diametrically outboard of the heat spreader** (claim 20) | No construction needed; plain meaning. |

## II. DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| **ring shaped** (claims 1 & 20) | curving and somewhat round in shape rather than jagged | No construction needed; plain meaning.<br><br>Alternatively: shaped like a ring |
| **an outer optic securely retained relative to at least one of the heat spreader and the heat sink** (claims 1 & 20) | An optical structure connected directly or indirectly to either the heat spreader or the heat sink. | an optic (such as a lens) that forms an outside surface of the luminaire and that is fixed in place between a portion of the heat spreader and a portion of the heat sink |

## III. EVIDENCE RELIED ON BY THE PARTIES

| Claim Term | Plaintiff's Evidence | Defendant's Evidence |
|---|---|---|
| **ring shaped** (claims 1 & 20) | **Intrinsic**<br><br>Specification<br>col. 9:4-7:<br>"Such recesses 190, 195 were employed at least in part due to the radial dimension of | **Intrinsic**<br><br>Specification<br>col. 9:3-5:<br>"Such recesses 190, 195 were employed at least in part due to the radial dimension of the heat |

3

| | | |
|---|---|---|
| | the heat sink 110, which is ring-like in shape. In FIG. 29, and as discussed above, the heat sink 310 is integrally formed with the heat spreader 305 to form the base 302."<br><br>Figures, 27, 28, 29<br><br>Prosecution history:<br>Amendment dated 1/4/12, p.7-8 (noting that the heat sinks of Roberge and Chou are not substantially ring-shaped.)<br><br>**Extrinsic**<br><br>Dictionary definitions:<br><br>http://www.thefreedictionary.com/ring-shaped ("curving and somewhat round in shape rather than jagged")<br><br>https://www.vocabulary.com/dictionary/ring-shaped ("curving and somewhat round in shape rather than jagged")<br><br>http://www.oxforddictionaries.com/us/definition/american_english/ring-shaped ("having the shape of a ring; circular") | sink 110, which is ring-like in shape."<br><br>**Extrinsic**<br><br>Definition of "ring-shaped:" "having the shape of a ring; circular" (*See Ring Shaped Definition*, Oxford Dictionaries, http://www.oxforddictionaries.com/us/definition/american_english/ring-shaped?q=ring-shaped. *See also* Concise Oxford English Dictionary (11th ed. 2004)). |
| **an outer optic securely retained relative to at least one** | **Intrinsic** | **Intrinsic** |

4

| | | |
|---|---|---|
| **of the heat spreader and the heat sink** (claims 1 & 20) | Specification<br><br>col. 1:61-63,<br>An outer optic is securely retained relative to at least one of the heat spreader and the heat sink<br><br>Figures 1, 2, 4, 5, 12, 27.<br><br>**Extrinsic**<br><br>None. | Specification<br>Col. 5:37-46:<br>"In an embodiment, the outer optic is made using a glass- bead-impregnated-plastic material. In an embodiment the outer optic 115 is made of a suitable material to mask the presence of a pixilated light source 120 disposed at the center of the luminaire. In an embodiment, the half angle power of the luminaire, where the light intensity of the light source when viewed at the outer optic drops to 50% of its maximum intensity, is evident within a central diameter of the outer optic that is equal to or greater than 50% of the outer diameter of the outer optic."<br><br>Prosecution history<br>In its Jan. 4, 2012 Response to the Office Action, LSG stated that "applicant submits that Chou does not disclose: 'an outer optic securely retained between a portion of the heat spreader and a portion of the heat sink', as recited in claim 1 as amended."<br><br>**Extrinsic**<br><br>Definition of "secure:" "fixed or fastened so as not to give way, become loose, or be lost"<br><br>Definition of "retain:" "to hold in place or position"<br><br>Definition of "outer:" "outside; external" |

|  |  | Definition of "relative to:" "in connection with" <br><br> Definition of "relative to:" "in connection with; concerning" |
|---|---|---|

## IV.     <u>RELEVANCE OF THE CONSTRUCTION OF EACH CLAIM TERM FOR SUMMARY JUDGMENT</u>

1. **ring shaped**: infringement and validity.

2. **an outer optic securely retained relative to at least one of the heat spreader and the heat sink**: infringement and validity.

Respectfully submitted this 31st day of January 2014.

By: /s/Andrew C. Ryan
Andrew C. Ryan (*pro hac vice*)
Cantor Colburn, LLP
22nd Floor
20 Church St
Hartford, CT 06103
860/286-2929
Fax: 860/286-2929
Email: aryan@cantorcolburn.com

Ava K. Doppelt
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32802-3791
407-841-2330
Fax: 407-841-2343
Email: adoppelt@addmg.com

**ATTORNEYS FOR PLAINTIFF LIGHTING SCIENCE GROUP CORPORATION**

By:/s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:    407.849.0300
Facsimile:    407.648.9099
djohnson@carltonfields.com

William F. Lee (MA SBN 291960)
Trial Counsel (admitted *pro hac vice*)
Cynthia D. Vreeland (MA SBN 635143)
Trial Counsel (admitted *pro hac vice*)
Peter M. Dichiara (MA SBN 564244)
Trial Counsel (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6148
Facsimile:  617-526-5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
peter.dichiara@wilmerhale.com

Jane Y. Huang (CA SBN 267754)
Trial Counsel (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: 650-858-6107
Facsimile:  650-858-6100
jane.huang@wilmerhale.com

**ATTORNEYS FOR CREE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Andrew C. Ryan
           Attorney