UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CREE, INC., <br><br> Defendant. | Case No.: 6:13-cv-00587-RBD-GJK |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES RELATED TO CLAIM CONSTRUCTION ISSUES AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Lighting Science Group ("LSG") and Defendant, Cree, Inc. ("Cree"), through their respective undersigned counsel, hereby file this Joint Motion to modify certain of the claim construction deadlines in this case. As grounds for this Motion, the parties state:

1. The parties have been diligently engaged in claim construction. As of this filing, the parties have exchanged proposed terms and constructions, have met and conferred, and have agreed on the construction of eleven (11) terms and narrowed the disputed claim terms to (2) two, and have submitted their joint claim construction statement.

2. The parties now seek to extend the remaining claim construction deadlines – namely the briefing schedule and the hearing date – by thirty (30) days as set forth below. The requested extension will have no impact on the subsequent case schedule, such as the close of fact discovery, the deadlines for expert reports, or the trial date.

3. The reasons for the requested extension are two-fold. First, on January 30, 2014, LSG served its First Amended Infringement Disclosures. The parties dispute whether a motion was required for LSG's amendments to its disclosures, but agree that, in any event, the amendment warrants a small extension of the case schedule. The original schedule contemplated that, after LSG's service of infringement contentions, Cree would have the opportunity to evaluate the disclosures and to respond with invalidity contentions, and the parties would then proceed to claim construction briefing after the issues in the case were defined. Cree therefore requires time to analyze and respond to the amended contentions before proceeding with claim construction briefing.

4. Second, the parties are continuing to engage in settlement discussions. The parties have recently made significant progress towards settlement and are optimistic that they are close to a resolution. Therefore, substantial litigation costs may be avoided if the requested extension is granted.

5. Based upon the foregoing, the parties respectfully request that the following deadlines be modified:

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Claim Construction Brief | February 14, 2014 | March 14, 2014 |
| Defendant's Response Brief | March 14, 2014 | April 14, 2014 |
| Joint Pre-Hearing Statement | March 21, 2014 | April 21, 2014 |
| Claim Construction Hearing and Technology Tutorial Conference (if requested by the parties or ordered by the Court) | April 10, 2014 | May 9, 2014 (or on a date more convenient for the Court) |

5. In accordance with Fed. R. Civ. P. 6, this Motion is timely made. The Motion is not made for any purpose of delay but the reasons set forth above.

WHEREFORE, the parties jointly request the Court modify certain deadlines as provided in this Motion and grant the parties such other and further relief as the Court deems proper.

Respectfully submitted this 11th day of February 2014.

| | |
|---|---|
| By: /s/Andrew C. Ryan<br>Andrew C. Ryan (*pro hac vice*)<br>Cantor Colburn, LLP<br>22nd Floor<br>20 Church St<br>Hartford, CT 06103<br>860/286-2929<br>Fax: 860/286-2929<br>Email: aryan@cantorcolburn.com<br><br>Ava K. Doppelt<br>Allen, Dyer, Doppelt, Milbrath<br>& Gilchrist, PA<br>255 S Orange Ave - Ste 1401<br>PO Box 3791<br>Orlando, FL 32802-3791<br>407-841-2330<br>Fax: 407-841-2343<br>Email: adoppelt@addmg.com<br><br>ATTORNEYS FOR PLAINTIFF<br>LIGHTING SCIENCE GROUP<br>CORPORATION | By: /s/ Daniel C. Johnson<br>Daniel C. Johnson<br>Trial Counsel<br>Florida Bar No. 522880<br>CARLTON FIELDS, P.A.<br>CNL Center at City Commons<br>450 S. Orange Avenue, Suite 500<br>Orlando, FL 32801-3336<br>Telephone:   407.849.0300<br>Facsimile:    407.648.9099<br>djohnson@carltonfields.com<br><br>William F. Lee (MA SBN 291960)<br>Trial Counsel<br>(admitted *pro hac vice*)<br>Cynthia D. Vreeland (MA SBN 635143)<br>Trial Counsel<br>(admitted *pro hac vice*)<br>Peter M. Dichiara (MA SBN 564244)<br>Trial Counsel<br>(admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: 617-526-6148<br>Facsimile:  617-526-5000<br>william.lee@wilmerhale.com<br>cynthia.vreeland@wilmerhale.com<br>peter.dichiara@wilmerhale.com |

        Jane Y. Huang (CA SBN 267754)
Trial Counsel
(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: 650-858-6107
Facsimile:  650-858-6100
jane.huang@wilmerhale.com

ATTORNEYS FOR DEFENDANT
CREE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Andrew C. Ryan
        Attorney