**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                              Case No. 6:13-cv-587-Orl-37GJK

CREE, INC.,

        Defendant.

**ORDER**

This cause is before the Court on the Joint Motion to Extend Certain Deadlines Related to Claim Construction Issues (Doc. 45), filed February 11, 2014.

The parties move for a thirty-day extension of the deadlines for: (a) Plaintiff's claim construction brief; (b) Defendant's response brief; (c) the joint pre-hearing statement; and (d) the claim construction hearing. (*Id.* at 2.) Upon consideration, the Court finds that the motion is due to be granted. The parties are cautioned, however, that these thirty days will be lost to the experts' evaluation of infringement and invalidity claims to the extent that they are impacted by the delay in the claim construction hearing and the time necessary for the Court to issue its *Markman* Order. This Order may not be cited as grounds for any further extensions.

**Accordingly, it is hereby ORDERED AND ADJUDGED:**

1. Joint Motion to Extend Certain Deadlines Related to Claim Construction Issues (Doc. 45) is **GRANTED**.

    a. Plaintiff's claim construction brief is due on or before March 14, 2014;

    b. Defendant's response brief is due on or before April 14, 2014; and

    c. The joint pre-hearing statement is due on or before March 21, 2014.

2. On May 13, 2014, at 9:00 a.m., the parties are **DIRECTED** to appear for the claims construction hearing before the undersigned at the U.S. Courthouse for the Middle District of Florida, Orlando Division, 401 West Central Boulevard, Courtroom 4A, Orlando, Florida 32801.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 13, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record