# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>CREE, INC.,<br><br>        Defendant. | Civil Action No. 6:13-cv-00587-RBD |

## STIPULATION FOR DISMISSAL

The Plaintiff, Lighting Science Group Corporation ("LSG") and Defendant, Cree, Inc. ("Cree"), pursuant to Fed. R. Civ. P. 41(a)(1) and (c), hereby stipulate for an order dismissing all claims and counterclaims in this action asserted between them with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 21st day of March, 2014.

By: /s/Andrew C. Ryan
Andrew C. Ryan (*pro hac vice*)
Cantor Colburn, LLP
22nd Floor
20 Church St
Hartford, CT 06103
860/286-2929
Fax: 860/286-2929
Email: aryan@cantorcolburn.com

Ava K. Doppelt
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32802-3791
407-841-2330
Fax: 407-841-2343
Email: adoppelt@addmg.com

ATTORNEYS FOR PLAINTIFF
LIGHTING SCIENCE GROUP
CORPORATION

By:  /s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
 Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:    407.849.0300
Facsimile:     407.648.9099
djohnson@carltonfields.com

William F. Lee (MA SBN 291960)
Trial Counsel
(admitted *pro hac vice*)
Cynthia D. Vreeland (MA SBN 635143)
Trial Counsel
(admitted *pro hac vice*)
Peter M. Dichiara (MA SBN 564244)
Trial Counsel
(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6148
Facsimile:  617-526-5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
peter.dichiara@wilmerhale.com

Jane Y. Huang (CA SBN 267754)
Trial Counsel
(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: 650-858-6107
Facsimile:  650-858-6100
jane.huang@wilmerhale.com

ATTORNEYS FOR DEFENDANT
CREE, INC.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                /s/ Andrew C. Ryan
                Andrew C. Ryan