**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LIGHTING SCIENCE GROUP CORPORATION,**

      **Plaintiff,**

**v.**                                                          **Case No:   6:13-cv-587-Orl-37GJK**

**CREE, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal (Doc. 49), filed March 21, 2014.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this case is hereby **DISMISSED with PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.   The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 21st day of March, 2014.

 

ROY B. DALTON JR.
United States District Judge

.

Copies:   Counsel of Record